UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GEORGIA DIRECT CARPET, INC., *et al.*[1] | Case No. 19-06316-RLM-11 |
| Debtors. | (Jointly Administered) |

### BARRON BUSINESS CONSULTING, INC.'S NOTICE OF DRAW FOR SEPTEMBER 3, 2019 THROUGH OCTOBER 31, 2019

PLEASE TAKE NOTICE that on November 11, 2019, Barron Business Consulting, Inc., as financial advisor to the above-captioned affiliated debtors and debtors-in-possession (collectively, "**Debtors**"), submitted monthly invoices for fees and expenses incurred between September 3, 2019 and October 31, 2019 (the "**Invoices**"), in accordance with the *Order Granting Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Doc. No. 87) (the "**Interim Compensation Procedures Order**").

PLEASE TAKE FURTHER NOTICE that the Invoices, attached hereto as **Exhibit A**, seek compensations for $7,725.00 in fees (the "**Fees**").

PLEASE TAKE FURTHER NOTICE that any objections to the Invoices must be filed and served upon the undersigned counsel by November 18, 2019, in accordance with the Interim Compensation Procedures Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Georgia Direct Carpet, Inc. (9782); Georgia Direct West LLC (6140); and M3 Holdings LLC (6140).

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed, Debtors shall promptly pay 80% of the Fees identified in the Invoices, subject of final approval by the Court at a future hearing; provided however, that pursuant to the Interim Compensation Procedures Order, any payments made by the Debtors pursuant to the Interim Compensation Procedures Order shall be in accordance with the terms of any cash use orders and budgets, including but not limited to Doc. Nos. 52, 79, and 109.

Respectfully submitted,

*/s/ Sarah L. Fowler*
Sarah L. Fowler (# 30621-49)
Weston E. Overturf (# 27281-49)
MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
Phone: 317-664-7172
sarah.fowler@mbcblaw.com
wes.overturf@mbcblaw.com

*Counsel for Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be served on the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| Laura A. DuVall | Laura.Duvall@usdoj.gov |
| James E. Rossow, Jr. | jim@rubin-levin.net |
| Meredith R. Theisen | mtheisen@rubin-levin.net |
| Adam Garth Forrest | aforrest@bbkcc.com |
| Edward M King | tking@fbtlaw.com |
| Bryan Sisto | bsisto@fbtlaw.com |

      I further certify that on November 11, 2019, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Allan Browning
Browning Chapman, LLC
9900 Westpoint Drive
Suite 128
Indianapolis, IN 46256


                                         */s/ Sarah L. Fowler*
                                         Sarah L. Fowler